# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| DANIEL P. REMY,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY OF IRVINE; IRVINE POLICE DEPARTMENT; MIKE HAMEL, as an individual and in his official capacity; DOE 1 generally known as OFFICER A PATRICK, as an individual and in his official capacity; DOE 2 generally known as OFFICER MARTINEZ, as an individual and in his official capacity; and DOES 3 to 50, inclusive,<br><br>        Defendants. | Case No.: SA CV 17-00080 DOC (JCGx)<br><br>**ORDER ON DANIEL P. REMY'S NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41 (a) or (c). [63]** |

The Honorable court having read and considered DANIEL P. REMY'S NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41 (a) or (c).

NOW RULES AS FOLLOWS:

The Dismissal is X Granted         _____Denied

Dated: January 15, 2019

*David O. Carter*

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE